No. 84–762. REED ET AL. *v.* SLAKAN. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–1178. FLORIDA *v.* FASENMYER. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.